```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

In re: Meany

                        CIVIL ACTION NO. 2:00-cv-00107
                        BANKRUPTCY NO. 97-10093 B

### NOTICE TO PARTIES - BANKRUPTCY APPEALS TO DISTRICT COURT

    A Notice of Appeal in the above-captioned case has been entered on the docket of the United States District Court for the Eastern District of Louisiana on January 12, 2000.

    Your attention is called to Bankruptcy Rule 8009, which provides that "the appellant shall serve and file his brief within fifteen (15) days after entry of the appeal on the docket; appellee shall serve and file his brief within fifteen (15) days after service of the brief of appellant; a reply brief may be served and filed by appellant within ten (10) days thereafter."

    Please note that all pleadings should include both the bankruptcy proceeding number and the civil action number.

                                    LORETTA G. WHYTE, CLERK

                              By: _____
                                      Deputy Clerk

Date of Mailing  JAN 12 2000