FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAR -9 P 3:30

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF | CIVIL ACTION |
| **Lawrence Gerard Meany** | 2:00-cv-00107 |
| | SECTION "J" (4) |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

**NOW INTO COURT** comes Claude C. Lightfoot, Jr., who respectfully requests that this Honorable Court issue an Order removing him as counsel of record in the above case, a bankruptcy appeal arising from consolidated adversary proceedings ancillary to bankruptcy case number 97-10093 pending in this district, for the following reasons, to-wit.

1.

Undersigned counsel terminated his representation of Lawrence G. Meany with respect to this matter prior to the filing of the Notice of Appeal, which was filed by Lawrence G. Meany in proper person.

2.

Undersigned counsel has never appeared or agreed to represent Lawrence G. Meany in this case, and therefore, the clerk's office should not have listed undersigned counsel as counsel of

DATE OF ENTRY____MAR 13 2000____

record.

3.

The usual requirements of Local Rule 83.2.11 do not apply to these circumstances. Lawrence G. Meany has already made his appearance in proper person before the Court, and he is advised independently of all deadlines and required appearances before the Court.

**WHEREFORE**, Claude C. Lightfoot, Jr. prays that the Court enter its Order removing him as counsel of record in this case.

                                            Respectfully submitted,

                                            CLAUDE C. LIGHTFOOT, JR., P.C.

By: _____
                                            Claude C. Lightfoot, Jr. (17989)
                                            3500 N. Causeway Blvd., Suite 450
                                            Metairie, LA 70002
                                            PH: (504) 838-8571

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above and foregoing pleading has been served on all parties in interest by placing a copy in the U.S. Mail, postage prepaid, on March 9, 2000, as follows, to wit:

Lawrence G. Meany
3721 Bunker Hill Drive
Metairie, LA 70002

Raymond C. Burkart, Jr.
Adam S. Lambert
Attorneys at Law
1477 Louisiana, Ste. 103
New Orleans, LA 70115

                                                Claude C. Lightfoot, Jr.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF                                   CIVIL ACTION

**Lawrence Gerard Meany**                          2:00-cv-00107

                                                   SECTION "J" (4)

### ORDER

The foregoing Motion to Withdraw as Counsel of Record having been considered;

And the Court finding that no certificate pursuant to Local Rule 83.2.11 is required;

**IT IS ORDERED** that Claude C. Lightfoot, Jr. be and hereby is removed as counsel of record for Lawrence G. Meany in this case.

New Orleans, Louisiana, this 13th day of March, 2000.

_____
U.S. District Judge