FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAY 23  P 1: 35

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: LAWRENCE GERALD MEANY.
DEBTOR

RAYMOND C BURKHART, JR.                    CIVIL ACTION

VERSUS                                     NUMBER: 00-107

LAWRENCE GERARD MEANY                      SECTION: J (5)

### J U D G M E N T

Considering the Court's Orders and Reasons of May 19, 2000,

IT IS ORDERED, ADJUDGED AND DECREED that the November 3, 1999 order of the Bankruptcy Court should be and is hereby AFFIRMED.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
MAY 2 4 2000

___ Fee _____
___ Process ___
 X  Dktd _____
___ CtRmDep ___
___ Doc.No. 10